UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                        :
                                                 :
            -v-                                  :    15-CR-793-1 (JMF)
                                                 :
FARDAD RAHIMI,                                   :    ORDER
                                                 :
                    Defendant.                   :
                                                 :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court has received the attached correspondence from the Defendant. The Government is ordered to investigate and, no later than July 17, 2020, submit a letter to the Court addressing the issues raised in the Defendant's letter.

      SO ORDERED.

Dated: July 7, 2020
      New York, New York
                                         JESSE M. FURMAN
                                       United States District Judge

Fardad Rahimi
78705-054
Oakdale FCI 1
P.O. BOX 5000
Oakdale, LA 71463

To: Hon. Jess Furman
South district of New York.

on 16th of June 2020

Concern: Treaty Transfer to Switzerland.

Your Honor,
   I am sorry to disturb you. I am writing you last resort. I am deeply concern. my governement send me letter RE: Attached. stating they have trying diligently to work with DOJ to expedite my Transfer back Home to Switzerland and the U.S and Swiss Treaty agreement.
Even thought my government has done everything ask of them, the DOJ has no respond to any and all request for information that could lead to the conclusion of my courant delema.
My Treaty Transfer was approved by DOJ on 18th of November 2018. Please see attached.
As you can see my government has persistent on my behalfe on

accordance with Treaty Guid lines, but DOJ has fell to respond accordingly for over one year.

My Court appointed Lawyer "Louis Freeman" has also ignor me for any attempt that I have made to contact him.

Per my Unite Manager in my courant Facility, I am turning to you as my last resort.

Can you please guide me in proper direction or direct me to proper individual who can and will actualy loosen to my concerns and help me to expedite a solution to my courant situation.

I dont mean to bother you or your Court, but as you know until I have U.S. anything concerning my sentance or incarciation by law has to be approved by your Court.

I am respectfully asking your Help in this situation.

On a personal known, your Honor, I just want to go to my Family and meet my Daughter for the first Time. She was born when I was in prison in Spain. I have not even heard her voice or seen her face.

My Country is giving me an oportunity to come Home in the process salvage my family and my Life, and I can not understand why DOJ is so against allow me this to happend.

Any Help you can pruide is and will be greatly apreciated Thank you in advance for your Concideration.

Very Respectfully.

*[signature]*

Faredad Rahimi :.

Attachement: Copy Letter from Swiss to DOJ.
Copy of DOJ approval to my Treaty Transfer.



Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Swiss Confederation

Federal Department of Justice and Police FDJP
**Federal Office of Justice FOJ**
Division for International Legal Assistance
Extraditions Unit

CH-3003 Berne, FOJ

**Registered**
United States Departement of Justice
International Prisoner Transfer Unit
John C. Keeney Building, 12th Floor
Washington, D.C., 20530
USA

Your reference:
Our reference: B-18-1494-1
Case officer: SL / HD
**Berne, May 22, 2020**

**Request for prisoner transfer from the United States to Switzerland in the case of Rahimi Fardad, born September 15, 1976**

Dear Sir or Madam

We refer to your letter dated April 17, 2019 as well as our letters dated July 18, 2019 and January 14, 2020 concerning above-mentioned case.

As we have not heard from you since, we would be grateful if you could inform us rapidly about any decisions and measures which were taken by the requested authorities as a result of that request.

In advance we wish to thank you for any news which you can provide in this matter.

Yours faithfully

Federal Office of Justice

Laura Nolfo

Federal Office of Justice FOJ
Laura Nolfo
Bundesrain 20, 3003 Berne, Switzerland



U.S. Department of Justice

Criminal Division
International Prisoner Transfer Unit

*Office of Internctional Affairs*     Washington, D.C. 20530

APR 17 2019

Mrs. Monika Trachsel
Division for International Legal Assistance
Federal Office of Justice Extradition Unit
Bundesrain 20
CH-3003 Bern
Switzerland

    Re:    Farad Aaron Rahimi, Reg. No. 78705-054
            a/k/a: Farad Rahimi
            Approval of Request to Transfer to Switzerland
            Under the COE Convention on the Transfer of Sentenced Persons

Dear Mrs. Trachsel:

       On November 18, 2018, the United States approved the request of the above-referenced prisoner to transfer to Switzerland to serve his prison sentence. The prisoner is currently incarcerated at the Fort Worth Federal Correctional Institution, Fort Worth, Texas. The sentence is final at the present time since there are no appeals or post-judgment collateral proceedings pending. Enclosed for your consideration are the following documents:

1. Transfer inquiry form;

2. Copy of birth certificate and/or passport (not available);

3. Copy of the certified judgment;

4. Certified copy of the applicable laws;

5. Information concerning administration of the sentence;

6. Case summary and addendum; and

7. Fingerprints and photograph.

If Switzerland decides to approve the prisoner's transfer, please provide the following:

1. A document or statement confirming that Switzerland approves or consents to the transfer;

2. A document or statement confirming that the prisoner is a national of Switzerland for the purposes of the Convention;

2. A copy of the relevant law which makes the offense for which the prisoner is in custody in the United States a criminal offense in Switzerland;

3. A statement as to whether the "continued enforcement" procedure or the "conversion of sentence" procedure would be applied; and

4. A statement indicating the nature and duration of the sentence which the prisoner will serve if he is transferred. Please include information about arrangements for remission and conditional release.

Sincerely,

Paula A. Wolff, Associate Director
International Prisoner Transfer Unit

Enclosures (6)

cc (without enclosures):

Embassy of Switzerland, Washington, D.C.
Consulate General of Switzerland, Atlanta, GA
Jamey Koehn, U.S. Federal Bureau of Prisons, Washington, D.C.
Farad Rahimi

From: Fardad Rahimi
78705-054
Oakdale FCI 1
P.O. Box 5000
Oakdale, LA. 71463

LEGAL MAIL

To: Hon. Jess Furman
U.S District Court Judge
40 Foley Sq
Southern District of N.Y.
New York, N.Y 10007
United States

USM40LD SDNY

SHREVEPORT LA 710  22 JUN 2020 PM 2 L

10007-150729

